IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00198-WYD-MEH

GMT EXPLORATION COMPANY, LLC; a Delaware limited liability company;

    Plaintiff,

v.

KROBAR DRILLING, INC.; a Wyoming limited liability company;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2007.**

    Based upon the time limitations set forth in Fed.R.Civ.P. 16(b), the Motion to Vacate Scheduling/Planning Conference [Filed April 25, 2007; Docket #11] is **denied**.

    The parties are reminded of their obligation to submit a proposed scheduling order to the Court on or before May 3, 2007, as contained on page 2 of the Court's Minute Order setting the conference (Docket #7). Additionally, counsel are reminded that due to the relocation of Magistrate Judge Hegarty's Chambers and Courtroom, this conference will be held in Courtroom C203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

    Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted. Please notify Chambers at (303) 844-4507 if appearance by telephone is desired.