IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00198-WYD-MEH

GMT EXPLORATION COMPANY, LLC, a Delaware limited liability company,

    Plaintiff,

vs.

KROBAR DRILLING, LLC, a Wyoming limited liability company,

    Defendant.

_____

**ORDER TO ADMINISTRATIVELY CLOSE THIS ACTION PENDING
PERFORMANCE OF SETTLEMENT OBLIGATIONS**
_____

    THIS MATTER, having come before the Court on the parties' Joint Motion to Administratively Close This Action Pending Performance of Settlement Obligations (docket #26), and the Court being fully advised of the premises,

    It is hereby ORDERED that this action, pursuant to D.C.COLO.LCivR 41.2, shall be and hereby is administratively closed pending the parties' performance of their obligations under their Settlement Agreement.  The parties shall re-open this action for purposes of either entering judgment or dismissal on or before January 31, 2008.

    Dated: August 27, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge