IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00198-WYD-MEH

GMT EXPLORATION COMPANY, LLC, a Delaware limited liability company,

Plaintiff,

v.

KROBAR DRILLING LLC, a Wyoming limited liability company,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion to Administratively Reopen this Action and for Order of Dismissal With Prejudice (docket #28), filed January 23, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this motion should be granted. Accordingly, it is

ORDERED that the parties' Joint Motion to Administratively Reopen this Action and for Order of Dismissal With Prejudice (docket #28) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: January 24, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge